**No. 10-6829. Robert Black, Jr., Petitioner v. William L. Sadler.**

562 U.S. 1094, 131 S. Ct. 801, 178 L. Ed. 2d 536, 2010 U.S. LEXIS 9559, ■

December 6, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-6830. Delbert Lee Burkett, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1094, 131 S. Ct. 801, 178 L. Ed. 2d 536, 2010 U.S. LEXIS 9511.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 379 Fed. Appx. 351.

**No. 10-6841. Eric Clinkscale, Petitioner v. Florida.**

562 U.S. 1094, 131 S. Ct. 801, 178 L. Ed. 2d 536, 2010 U.S. LEXIS 9516.

December 6, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 41 So. 3d 226.

**No. 10-6872. John L. Lewis, Petitioner v. Herb Jackson, Superintendent, Brown Creek Correctional Institution.**

562 U.S. 1094, 131 S. Ct. 801, 178 L. Ed. 2d 536, 2010 U.S. LEXIS 9570.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 262.

**No. 10-6883. Monty Marcellus Shelton, Petitioner v. John B. Fox, Warden, et al.**

562 U.S. 1094, 131 S. Ct. 802, 178 L. Ed. 2d 536, 2010 U.S. LEXIS 9581.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6885. William Roker, Jr., Petitioner v. Florida.**

562 U.S. 1094, 131 S. Ct. 802, 178 L. Ed. 2d 536, 2010 U.S. LEXIS 9582.

December 6, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 25 So. 3d 647.

**No. 10-6897. Quincy A. Lowery, Petitioner v. Robert W. Stevenson, Warden.**

562 U.S. 1094, 131 S. Ct. 802, 178 L. Ed. 2d 536, 2010 U.S. LEXIS 9454.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 373 Fed. Appx. 349.

**No. 10-6907. Cals Chudeble Ifenatuorah, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1094, 131 S. Ct. 802, 178 L. Ed. 2d 536, 2010 U.S. LEXIS 9447, ■

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.